EMMA R. L. SEILLIERE, Respondent, *v.* LEON O. BAILEY et al., Defendants, and JOHN PEIRCE et al., Appellants.

*Scilliere* v. *Bailey*, 102 App. Div. 614, affirmed.
(Submitted February 7, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March

3, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*James D. Fessenden* for appellants.

*Stephen O. Lockwood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.